**STATE of Missouri, Respondent,**

v.

**Cedric WOODS, Appellant.**

**Cedric WOODS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 44591, 46950.**

Missouri Court of Appeals,
Western District.

Aug. 3, 1993.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

PER CURIAM:
### ORDER

Appeal from conviction of robbery in the first degree, burglary in the first degree, felonious restraint and two counts of armed criminal action.

Affirmed. Rule 30.25(b).

■

**Richard A. STREB, Respondent,**

v.

**Ernie CAMPBELL, d/b/a Ernie Campbell Construction Co., Appellant.**

**No. WD 46807.**

Missouri Court of Appeals,
Western District.

Aug. 3, 1993.

Willard B. Bunch, John Cash, Kansas City, for appellant.

Richard Streb, pro se.

Before ULRICH, P.J., and BERREY and SMART, JJ.

## ORDER

PER CURIAM.

Appeal from denial of motion to vacate filing of registration of foreign judgment.

The judgment is affirmed pursuant to Rule 84.16(b).